IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CASE NO. 1:16-CR-272 (LMB) |
| | : | |
| IRENE MBONO, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEAL

Notice is hereby given that Irene Mbono, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment order issued on the 14th day of July, 2017.

        Respectfully submitted,
        IRENE MBONO
        By Counsel

THE LAW OFFICE OF MELINDA L. VANLOWE, P.C.

BY: _____/s/_____
      Melinda L. VanLowe, Esquire
      Virginia State Bar I.D. Number 51143
      Counsel for Irene Mbono
      10201 Fairfax Blvd., Suite 580
      Fairfax, VA 22030
      (703) 865-5555
      (703) 763-2372 (fax)
      melinda@vanlowelaw.com

<u>-CERTIFICATE OF SERVICE</u>

  I hereby certify that on the 28th day of July, 2017, I will electronically file this Notice of Appeal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Carina Cuellar, Esquire
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Carina.Cuellar@usdoj.gov


                _____/s/_____
                Melinda L. VanLowe, Esquire
                Virginia State Bar I.D. Number 51143
                Counsel for Irene Mbono
                The Law Office of Melinda L. VanLowe, P.C.
                10201 Fairfax Blvd., Suite 580
                Fairfax, VA 22030
                (703) 865-5555
                (703) 763-2372 (fax)
                melinda@vanlowelaw.com